**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: Case No.: 26-44431

Chapter: 7

Charisma James,

Debtor.

**APPLICATION TO AMEND CAPTION TO CORRECT DEBTOR'S NAME**

William P. Bonomo Esq. on behalf of the debtor, **Charisma Aiesha James**, respectfully submits this Application pursuant to Local Bankruptcy Rule 1005-2 of the United States Bankruptcy Court for the Eastern District of New York, and states as follows:

1. The above-captioned bankruptcy case commenced on or about September 22, 2026.
2. The Debtor's name is missing the middle name and currently is stated in the caption of the bankruptcy petition as:

   **Charisma James**

3. The correct legal name of the Debtor is:

   **Charisma Aiesha James**

4. The requested amendment is necessary to ensure that the Court's records accurately reflect the Debtor's correct name.

This Application seeks only to correct the Debtor's name in the bankruptcy caption and does not seek to change the identity of the Debtor or otherwise modify the substantive relief requested in the bankruptcy petition.

Pursuant to E.D.N.Y. Local Bankruptcy Rule 1005-2, the Debtor submits a proposed Order Amending Caption to Correct Name together with this Application.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order:

a. Granting this Application;

b. Amending the caption of this bankruptcy case to reflect the Debtor's correct name as Charisma Aiesha James

c. Directing the Clerk of Court to update the Court's records accordingly; and

d. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/William P. Bonomo

Dated: 11/02/2026

By: William P. Bonomo
William P. Bonomo Esq.
160H Dinsmore Street
Staten Island, NY 10314
718-877-1712